# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK WALSH, | ) | 1:10-cv-01060 LJO GSA |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| v. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

On June 7, 2010, Plaintiff Patrick Walsh filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of his application for benefits. (Doc. 1.)

On June 11, 2010, the Court issued its Scheduling Order. The Order provides that within 120 days after service of the complaint, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief. (Doc. 9.)

1

1   On October 27, 2010, Defendant lodged the administrative record. (Doc. 14.) On December 29, 2010, Plaintiff filed his opening brief. (Doc. 16.) Thus, Defendant's opposition was due no later than January 28, 2011. To date, Defendant has not filed an opposition brief, nor have the parties stipulated to an extension of time.

Therefore, Defendant is ordered to show cause why sanctions should not be imposed for a failure to comply with Scheduling Order of June 11, 2010. Defendant is ORDERED to file a written response to this Order to Show Cause WITHIN ten (10) days of the date of this Order. If Defendant desires more time to file its opposition brief, it should so state in the response.

Failure to respond to this Order to Show Cause could result in the imposition of sanctions.

IT IS SO ORDERED.

**Dated:   February 10, 2011**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE