1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| PATRICK WALSH, | ) | 1:10-cv-01060 LJO GSA |
| | ) | |
| Plaintiff, | ) | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| | ) | |
| v. | ) | |
| | ) | (Docket No. 17) |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | **ORDER GRANTING EXTENSION OF TIME** |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

17

On February 10, 2011, this Court issued an Order to Show Cause for Defendant Commissioner of Social Security's failure to file an opposition brief, due January 28, 2011. (Docket No. 17.)

On February 11, 2011, Defendant filed a Response to the Order to Show Cause.  Counsel Elizabeth Firer, Special Assistant United States Attorney for Defendant, explains that this matter had been assigned to another attorney within Defendant's office, Elizabeth Barry; however, for procedural reasons, Ms. Firer was associated in the matter to receive CM/ECF notifications as Ms. Barry did not yet have "SAUSA status."  (Docket No. 18 at 2.)  While Ms. Firer was on medical leave, Plaintiff's opening brief was filed, thus requiring an opposition by January 28,

1

2011.  Ms. Firer only became aware of the fact she remained associated with this matter on February 11, 2011, when she returned to the office following medical leave and learned of the Order to Show Cause.  Counsel states the failure to file an opposition brief was an oversight, and requests an extension of time within which to file the opposition brief, to and including March 11, 2011.  (Docket No. 18 at 2-3.)

This Court accepts Defendant's explanation and VACATES the Order to Show Cause. Also, consistent with Defendant's response, this Court GRANTS Defendant's request for an extension of time, through and until **March 11, 2011**, within which to file an opposition brief.


IT IS SO ORDERED.

**Dated:**   **February 14, 2011**                            /s/ **Gary S. Austin**
                                                                                          UNITED STATES MAGISTRATE JUDGE